Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett, Esq. (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BIGELOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLYOVER MEDIA, LLC, a Wyoming Limited Liability Company; PUBLIC MEDIA NJ, INC., a New Jersey Corporation, d/b/a "NJSpotlight.com"; SCITUS ACADEMICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR**:<br>1. COPYRIGHT INFRINGEMENT<br>2. VIOLATIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT (17 U.S.C. §1202)<br><br>Jury Trial Demanded |

TODD BIGELOW, by and through her undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

///

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff TODD BIGELOW ("BIGELOW" or "Plaintiff") is an individual residing in West Hills, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant FLYOVER MEDIA, LLC ("FLYOVER") is a Wyoming limited liability company with its primary place of business located at 125 North Market Street, Suite 1605, Wichita, Kansas 67202, and the owner of the website https://nationalfile.com/. Further, FLYOVER is doing business in and with the state of California.

6. Plaintiff is informed and believes and thereon alleges that Defendant PUBLIC MEDIA NJ, INC. doing business as "NJSpotlight.com" ("PUBLIC MEDIA") is a New Jersey corporation with its primary of place of business located at 825 8th Avenue, 14th Floor, New York, New York 10019, and is doing business in and with the state of California.

7. Plaintiff is informed and believes and thereon alleges that Defendant SCITUS ACADEMICS, LLC ("SCITUS") is a Delaware limited liability company with its primary place of business located at 3 Germany Drive, Suite 4-4314, Wilmington, Delaware 19804; and is doing business in and with the state of California.

8. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH A

10. BIGELOW owns the original photograph shown below (the "Subject Photograph A") which was registered with the United States Copyright Office on April 28, 2015 under Registration Number VA 1-964-979:

//
//
//
//
//
//
//

**Subject Photograph A**



11. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph A, FLYOVER, SCITUS, DOE Defendants, and each of them used the Subject Photograph A without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, on the websites https://nationalfile.com/ and https://scitusacademics.com/.

12. A screen capture of said use is set forth hereinbelow:



4
COMPLAINT



**CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH B**

13. BIGELOW owns the original photograph shown below (the "Subject Photograph B") which was registered with the United States Copyright Office on April 14, 2016 under Registration Number VA 2-003-364:

**Subject Photograph B**



14. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph B, PUBLIC MEDIA, DOE Defendants, and each of them used the Subject Photograph B without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, on the website https://njspotlight.com/.

15. A screen capture of said use is set forth hereinbelow:



**CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH C**

16. BIGELOW owns the original photograph shown below (the "Subject Photograph C") which was registered with the United States Copyright Office on April 14. 2016 under Registration Number VA 2-003-364:

//
//
//
//
//

**Subject Photograph C**



17. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph C, PUBLIC MEDIA, DOE Defendants, and each of them used the Subject Photograph C without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, on the website https://njspotlight.com.

18. A screen capture of said use is set forth hereinbelow:



# FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

19. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photograph A, Subject Photograph B, and Subject Photograph C (collectively, the "Subject Photographs"), including, without limitation, through Plaintiff's website and social media accounts or viewing the Subject Photographs on third-party websites (e.g., Tumblr, Pinterest, etc.).

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Photographs, and exploited said image in multiple website posts without Plaintiff's authorization or consent.

22. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

23. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Photographs in an amount to be established at trial.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

//

//

## SECOND CLAIM FOR RELIEF

(For Violations of the Digital Millennium Copyright Act (17 U.S.C. §1202 – Against All Defendants, and Each)

25. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

26. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, violated 17 U.S.C. §1202(b) by intentionally removing and/or altering the copyright management information on the copy of at least one Subject Photograph ("Mislabeled Copy"), and distributing copyright management information for the Mislabeled Copy with knowledge that the copyright management information had been removed or altered without authority of the copyright owner or the law, and distributing and publicly displaying the Mislabeled Copy, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law, and knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that the conduct would induce, enable, facilitate, or conceal an infringement of any right under this title.

27. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly removed and altered the copyright management information on the Mislabeled Copy.

28. The above conduct is in violation of the Digital Millennium Copyright Act and exposes Defendants, and each of them, to additional and enhanced common law and statutory damages and penalties pursuant to 17 U.S.C. § 1203 and other applicable law.

29. Plaintiff is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, and Plaintiff resultantly seeks enhanced damage and penalties.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Photographs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: February 25, 2021        By:     /s/ Scott Alan Burroughs

Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff