1  Stephen M. Doniger, Esq. (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs, Esq. (SBN 235718)
   scott@donigerlawfirm.com
3
   Trevor W. Barrett, Esq. (SBN 287174)
4  tbarrett@donigerlawfirm.com
5  DONIGER/BURROUGHS
   603 Rose Avenue
6  Venice California 90291
7  Telephone: (310) 590-1820

8  Attorneys for Plaintiff

9
10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA

12 | TODD BIGELOW, an individual,           | Case No.: 2:21-cv-01806-SB-MRW
13 |                                         | *Hon. Stanley Blumenfeld, Jr. Presiding*
   | Plaintiff,                              |
14 |                                         |
15 | v.                                      | **PROOF OF SERVICE ON**
   |                                         | **DEFENDANT FLYOVER MEDIA,**
16 | FLYOVER MEDIA, LLC, a Wyoming           | **LLC**
17 | Limited Liability Company; PUBLIC       |
   | MEDIA NJ, INC., a New Jersey            |
18 | Corporation, d/b/a "NJSpotlight.com";   |
19 | SCITUS ACADEMICS, LLC, a                |
   | Delaware Limited Liability Company;     |
20 | and DOES 1 through 10,                  |
21 |                                         |
   | Defendants.                             |
22
23
24
25
26
27
28

PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TODD BIGELOW, an individual,
        Plaintiff

VS.                                  **Case No.2:21-cv-01806-SB-MRWx**

FLYOVER MEDIA, LLC
        Defendant

## AFFIDAVIT FOR SERVICE

STATE OF KANSAS
SEDGWICK COUNTY

The undersigned, of lawful age, being first duly sworn upon oath, deposes and states: Under K.S.A.60-303, enacted July 1, 2009, I am a licensed Private Detective and empowered by this statue to serve process in all Kansas Judicial Districts

| | |
|---|---|
| **PERSONAL SERVICE OF:** | Thomas Pappert, Registered Agent |
| **DATE AND TIME OF SERVICE:** | March 9, 2021 at 12:46pm |
| **LOCATION OF SERVICE:** | 125 North Market Street, Suite 1120, Wichita, KS 67202 |
| **PROCESS SERVED:** | Summons, Assignment, and Complaint |

FURTHER AFFIANT SAITH NAUGHT.

_____
Justyn Manuel Martinez
Licensed Private Detective
State of Kansas

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| TODD BIGELOW, an individual,<br><br>*Plaintiff(s)*<br>v.<br><br>FLYOVER MEDIA, LLC, a Wyoming Limited Liability Company; PUBLIC MEDIA NJ, INC., a New Jersey Corporation, d/b/a "NJSpotlight.com"; SCITUS ACADEMICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10,<br>*Defendant(s)* | Civil Action No. 2:21-cv-01806-SB-MRWx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLYOVER MEDIA, LLC, a Wyoming Limited Liability Company; PUBLIC MEDIA NJ, INC., a New Jersey Corporation, d/b/a "NJSpotlight.com"; SCITUS ACADEMICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott Alan Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/26/2021    *Carmen Lujan*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Flyover Media LLC, Thomas Pappert Registered Agent
was received by me on *(date)* March 8, 2021.

☒ I personally served the summons on the individual at *(place)* 125 N. Market Street, Suite 1120 Wichita, KS 67202 on *(date)* March 9, 2021 @ 12:46 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9 March 21

Server's signature

Justyn Martinez Private Detective
Printed name and title

740 Plantation rd Maize, KS 67101
Server's address

Additional information regarding attempted service, etc: