Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett, Esq. (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BIGELOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLYOVER MEDIA, LLC, a Wyoming Limited Liability Company; PUBLIC MEDIA NJ, INC., a New Jersey Corporation, d/b/a "NJSpotlight.com"; SCITUS ACADEMICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10<br><br>Defendants. | Case No.: 2:21-cv-01806-SB-MRW<br>*Hon. Stanley Blumenfeld, Jr. Presiding*<br><br>**STIPULATION TO DISMISS DEFENDANT FLYOVER MEDIA, LLC WITH PREJUDICE**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |

1   TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Todd Bigelow, on the one hand, and Defendant FLYOVER MEDIA, LLC on the other, hereby STIPULATE as follows:

1. FLYOVER MEDIA, LLC is hereby dismissed with prejudice from this action; and

2. Plaintiff, and FLYOVER MEDIA, LLC will each bear their respective costs and attorneys' fees as incurred solely against one another in connection with this action.

SO STIPULATED.

Dated: June 7, 2021         By:    /s/ *Trevor W. Barrett*
                                   Scott A. Burroughs, Esq.
                                   Trevor W. Barrett, Esq.
                                   DONIGER / BURROUGHS
                                   Attorneys for Plaintiff
                                   Todd Bigelow

Dated:  June 7, 2021        By:    /s/ *Michael Kieslsky*
                                   Michael Kielsky
                                   UDALLSHUMWAYPLC
                                   Attorneys for Defendant
                                   Flyover Media, LLC

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.